# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Chasity Elena Hudson**; DOB: 1985; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-02149MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 2

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 12, 2019 at or near Tucson, in the District of Arizona, **Chasity Elena Hudson**, knowing or in reckless disregard that certain aliens, namely Juan Luis Axol-Carrasco, Alejandro Soriano-De Los Santos, had come to, entered, and remained in the United States in violation of law, did transport said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about July 12, 2019 at or near Tucson, in the District of Arizona, **Chasity Elena Hudson,** did unlawfully aid and abet certain illegal aliens, namely Juan Luis Axol-Carrasco, Alejandro Soriano-De Los Santos, to elude examination and inspection by Immigration Officers of the United States of America; in violation of **Title 8, United States Code, Section 1325** and **Title 18, United States Code, Section 2**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 12, 2019 at or near Tucson, in the District of Arizona, United States Border Patrol Agents (BPA) received a call from Arizona Department of Public Safety (AZ DPS) requesting BPA respond to their location for a possible immigration violation. BPA arrived at the location of Interstate 10 exit 250 and conducted a field interview and both individuals, later identified as Juan Luis Axol-Carrasco, Alejandro Soriano-De Los Santos, stated they were in the United States illegally. BPA informed the driver, later identified as **Chasity Elena Hudson**, that she was being placed under arrest for transporting the two individuals. BPA determined the two passengers were citizens of Mexico, and in the United States illegally.

In a post-*Miranda* statement, **Hudson** stated she was contacted by her sister's friend David, who asked her if she wanted to make some money. **Hudson** stated David gave her directions to go to a house in Bisbee, Arizona, where she would pick up two men. **Hudson** stated that she was aware that the two men were illegally present in the United States. **Hudson** stated she would be paid $1,200 to transport the two men to Phoenix, Arizona.

Material witnesses Axol-Carrasco and Soriano-De Los Santos stated they had made arrangements to be smuggled into the United States for money. The material witnesses stated that after crossing into the United States illegally, and walking for four hours, they were taken to a house. Axol-Carrasco stated that at the house **Hudson** instructed him and Soriano-De Los Santos to get into her vehicle. Axol-Carrasco stated that **Hudson** was going to drive them to Tucson, Arizona where he agreed to pay her $500.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Juan Luis Axol-Carrasco, Alejandro Soriano-De Los Santos

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA TU/kj<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 12, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54